John HALVEY, Jr. v. DEPART-MENT OF EMPLOYMENT SE-CURITY, No. 277-79

June 18, 1980. Motion to dismiss for failure of the appellant to comply with V.R.A.P. 28(a) and 31(a) is granted. V.R.A.P. 31(c); *Brattleboro Sand & Gravel, Inc.* v. *Homette, Inc.*, 134 Vt. 621, 366 A.2d 533 (1976).

Lynn H. WALKER, Charles Erdman, Sylvia Maresi, et al. v. TOWN OF DORSET, et al., No. 407-79

June 18, 1980. Cause to be placed on the September hearing calendar for oral argument.
Billings, J.

Paul W. MEACHAM, Jr. v. William H. CONWAY, Commissioner, Department of Motor Vehicles, State of Vermont, No. 14-80

June 18, 1980. Appeal dismissed for lack of final judgment in the trial court, V.R.A.P. 3(a), and for failure to comply with V.R.A.P. 5(a).

William ARMS v. Roger and Elaine REILLY, No. 160-80

June 18, 1980. Appeal dismissed for lack of jurisdiction. 12 V.S.A. § 2383; V.R.A.P. 4; V.R.C.P. 52(b).

Maurice D. RACINE v. Patti J. RACINE, No. 179-80

June 18, 1980. Appeal dismissed, there being no final judgment. V.R.A.P. 4.

IN RE T. L. S. and M. J. C., Juveniles, No. 249-79

June 23, 1980. Motion to strike the appearance of M. Jerome Diamond entered on behalf of the Commissioner of Social and Rehabilitation Services is denied.
Billings, J.

Lawrence LAQUERRE and Jeanette Laquerre v. Arthur J. MARTIN and Wilma J. Martin v. Guy H. Ladd and Uda B. Ladd, No. 80-79

June 25, 1980. Motion to be heard at oral argument is denied.

VERMONT AGENCY OF TRANS-PORTATION v. Peter I. DIA-MONDSTONE and Doris E. Diamondstone, No. 108-80

June 25, 1980. Plaintiff's motion to dismiss granted. Appeal dismissed for lack of a timely appeal. V.R.A.P. 4.